UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JONATHAN CLOUD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** ) **CASE NO. 5:21-CV-142-D** ) ) |
| MARK STEVENS, TIFFANY A. LESNIK, and RANEE CLOUD | ) ) ) ) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R, ADOPTS the conclusions in the M&R [D.E. 5], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint for lack of subject-matter jurisdiction [D.E. 7]. Alternatively, plaintiff fails to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on August 1, 2023, and Copies To:**

Jonathan Cloud    (via CM/ECF electronic notification)

DATE: August 1, 2023    PETER A. MOORE, JR., CLERK

    (By)  /s/ Stephanie Mann
    Deputy Clerk